IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CARLOS DIAZ, ET AL.,**                                                                                      **PLAINTIFFS**
**Each Individually and on**
**Behalf of All Others Similarly Situated**

vs.                                                       No. 4:19-cv-844-JM

**ASSEMBLERS, INC., and MICHAEL GIACCONE**                                  **DEFENDANTS**

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiffs Carlos Diaz, Scott Bryan, Gilxavier Pagan, Chance Mills, Nicholas Aldridge and Christopher Triplett, and Defendants Assemblers, Inc. and Michael Giaccone, by and through their undersigned counsel, and for their Joint Stipulation of Dismissal with Prejudice, state as follows:

1.  Plaintiffs brought this action against Defendants alleging violations of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201, *et seq.*, and the Arkansas Minimum Wage Act ("AMWA"), Ark. Code Ann. § 11-4-201, *et seq*.

2.  After arms-length negotiations in which Plaintiffs and Defendants were both represented by counsel, Plaintiffs and Defendants reached an agreement that resolves all claims in this lawsuit; Plaintiffs and Defendants believe their agreement is a fair, reasonable and adequate compromise of a bona fide dispute.

3.  The parties file this stipulation of dismissal with prejudice pursuant to Rule 41(a)(1)(A)(ii), which allows a case to be dismissed by stipulation if signed by all parties who have appeared.

Page 1 of 4
Carlos Diaz, et al. v. Assemblers, Inc., et al.
U.S.D.C. (E.D. Ark.) No. 4:19-cv-844-JM
Joint Stipulation of Dismissal with Prejudice

4. Courts in both the Eastern and Western Districts of Arkansas have agreed that courts are not required to review a settlement under the FLSA where "(1) the lawsuit is not a collective action; (2) all individual plaintiffs were represented by an attorney from the time of the filing of the complaint through the conclusion of subsequent settlement negotiations; and (3) all parties have indicated to the Court in writing through their attorneys that they wish for their settlement agreement to remain private and that they do not wish for any reasonableness review of their settlement to occur." *Schneider v. Habitat for Humanity Int'l, Inc.*, No. 5:14-cv-5230-TLB, 2015 U.S. Dist. LEXIS 14679, at *7 (W.D. Ark. Feb. 5, 2015) (Brooks, J.); *see also* Order, *Marshall v. United Inv. Solutions, Inc.*, No. 4:18-cv-761-JM (E.D. Ark. Jan. 16, 2019), ECF No. 5 (dismissing case with prejudice without review based upon the parties' stipulation); *Willer v. Ark. Cty. Cty.-Op*, No. 4:17-cv-408-BSM, 2018 U.S. Dist. LEXIS 193793, at *1–2 (E.D. Ark. Nov. 14, 2018) (Miller, J.) (dismissing case without reasonableness review because three factors from *Schneider* were met); *Adams v. Centerfold Entm't Club, Inc.*, No. 6:17-cv-6047-SOH, 2018 U.S. Dist. LEXIS 187750, at *2–3 (W.D. Ark. Nov. 2, 2018) (Hickey, J.) (same); *Perez v. Garcia*, No. 4:16-cv-81-KGB, 2016 U.S. Dist. LEXIS 165788, at *2 (E.D. Ark. Dec. 1, 2016) (Baker, J.) (same) (citing *Martin v. Spring Break '83 Prods., L.L.C.*, 688 F.3d 247, 256 (5th Cir. 2012)).

5. The Court has not certified a collective action class, nor does Plaintiffs and Defendants' agreement purport to resolve any claims on behalf of any class.

6. The parties wish for their agreement to remain private and do not wish for any reasonableness review to occur. Because Plaintiffs and Defendants desire to keep their settlement agreement confidential, if the Court desires to review the terms of the

Page 2 of 4
Carlos Diaz, et al. v. Assemblers, Inc., et al.
U.S.D.C. (E.D. Ark.) No. 4:19-cv-844-JM
Joint Stipulation of Dismissal with Prejudice

settlement agreement, Plaintiffs and Defendants ask for leave to submit the agreement to the Court for review *in camera.*

    7.    The parties hereby stipulate to the dismissal of this action with prejudice.

**Page 3 of 4**
**Carlos Diaz, et al. v. Assemblers, Inc., et al.**
**U.S.D.C. (E.D. Ark.) No. 4:19-cv-844-JM**
**Joint Stipulation of Dismissal with Prejudice**

    Respectfully submitted,

    **CARLOS DIAZ, ET AL., Each Individually and on Behalf of All Others Similarly Situated, PLAINTIFFS**

    SANFORD LAW FIRM, PLLC
    One Financial Center
    650 South Shackleford Road, Suite 411
    Little Rock, Arkansas 72211
    Telephone: (501) 221-0088
    Facsimile: (888) 787-2040

    Lydia H. Hamlet
    Ark. Bar No. 2011082
    lydia@sanfordlawfirm.com

    Josh Sanford
    Ark. Bar No. 2001037
    josh@sanfordlawfirm.com

**and**  **ASSEMBLERS, INC. and MICHAEL GIACCONE, DEFENDANTS**

    CROSS, GUNTER, WITHERSPOON & GALCHUS, P.C.
    500 President Clinton Avenue, Suite 200
    Little Rock, Arkansas 72201
    Telephone: (501) 371-9999
    Facsimile: (501) 371-0035

    Missy McJunkins Duke
    Ark. Bar No. 99167
    mduke@cgwg.com

    MIKEL & HAMILL, PLLC
    620 Lindsay Street, Suite 200
    Chattanooga, Tennessee 37403
    Telephone: (423) 541-5400

    */s/ Donna J. Mikel* (with permission)
    Donna J. Mikel
    Tenn. Bar No. 020777
    dmikel@mhemploymentlaw.com

Page 4 of 4
Carlos Diaz, et al. v. Assemblers, Inc., et al.
U.S.D.C. (E.D. Ark.) No. 4:19-cv-844-JM
Joint Stipulation of Dismissal with Prejudice